| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax:          (808) 531-8844<br>Email:       CHAPT13HI@AOL.COM | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 DEC 20 A 9:59<br>CLERK OF COURT |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **10-02086** |
|---|---|
| In re:<br>**JAMES BREWER**<br><br>Debtor(s). | Chapter: 13 |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 200.00 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **999** | JAMES BREWER<br>480 KENOLIO ROAD, UNIT 2-106<br>KIHEI, HI 96753<br><br>(DEBTOR REFUND) | $ 200.00 | $ 200.00 |
| | | $ | $ |
| | | $ | $ |

[*Attach continuation sheets if necessary.*]

Date: December 15, 2010          /s/ _____
                                         Trustee

hib_3011        5/05

U.S. Bankruptcy Court - Hawaii   #10-02086   Dkt # 54   Filed 12/20/10   Page 1 of 1